UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. SCOTT,<br>　　　　Petitioner,<br>　　v.<br>R.T.C. GROUNDS,<br>　　　　Respondent. | Case No.  13-cv-04714-WHO (PR)<br><br>**ORDER EXTENDING TIME** |

Respondent's motion to extend time to file a response to the petition (Docket No. 6) is GRANTED.  The response shall be filed on or before July 18, 2014.  The Clerk shall terminate Docket No. 6.

**IT IS SO ORDERED.**

**Dated:** June 18, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDRE DEE SCOTT,

        Plaintiff,

  v.

R.T.C. GROUNDS et al,

        Defendant.

Case Number: CV13-04714 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Andre D. Scott AE5221
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: June 18, 2014

                              Richard W. Wieking, Clerk
                              By: Jean Davis, Deputy Clerk