IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DOUGLAS, AE2986,<br>　　　　　Petitioner,<br>　　vs.<br>R. T. C. GROUNDS, Warden,<br>　　　　　Respondent.<br>_____<br>ANDRE D. SCOTT, AE5221,<br>　　　　　Petitioner,<br>　　vs.<br>R. T. C. GROUNDS, Warden,<br>　　　　　Respondent.<br>_____ | No. C 13-4655 CRB (PR)<br><br>ORDER DENYING MOTION<br>TO RELATE CASES<br><br>(Dkt. #21)<br><br><br><br><br>No. C 13-4714 WHO (PR) |

　　　Respondent has filed a motion to have the court consider whether <u>Scott v. Grounds</u>, No. 13-4714 WHO (PR), an active habeas case currently pending before Judge Orrick, is related to <u>Douglas v. Grounds</u>, No. 13-4655 CRB (PR), a closed habeas case previously pending before the undersigned.

　　　The court finds that the two habeas cases are NOT RELATED within the meaning of Civil Local Rule 3-12.

　　　The clerk is instructed to file a copy of this order in both cases and to terminate as moot the motion filed as docket item number 21 in <u>Douglas v. Grounds</u>, No. 13-4655 CRB (PR).

SO ORDERED.

DATED: <u>Nov. 24, 2014</u>　　　　　　　　　　／s／ CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
G:\PRO-SE\CRB\HC.13\Douglas, L.13-4655.deny-relation.wpd　　United States District Judge